COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause Number: _01-20-00400-CV_

Trial Court Cause
Number: _2019-30565_

Style: _Shawna Nalley_

_v. Raul Quevedo_

Date motion filed*: _August 31, 2020_

Type of motion: _Motion for Leave to File Amended Appellant's Brief_

Party filing motion: _Appellant_

Document to be filed: _Amended Appellant's Brief_

Is appeal accelerated? ☐ YES  ☒ NO

Ordered that motion is:

☒ Granted

If document is to be filed, document due:

☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Appellant Shawna Nalley filed her original appellant's brief on August 24, 2020. This brief did not comply with Texas Rule of Appellate Procedure 9.9. Appellant filed an amended brief that conforms to Rule 9.9 on August 31, 2020. The Court therefore **strikes** the original brief filed by appellant on August 24, 2020. Appellee's brief, if any, is due 30 days after the filing of appellant's amended brief.

Judge's signature: _/s/ Evelyn V. Keyes_
        ☒ Acting individually    ☐ Acting for the Court

Date: _September 10, 2020_